IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH ROSENBERG, | CIVIL ACTION |
| | NO. 18-4767 |
| Plaintiff, | |
| v. | |
| C.R. BARD, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this **25th** day of **June, 2019,** for the reasons stated in the accompanying memorandum on the date hereof, it is hereby **ORDERED** that Defendant's Motion to File a Reply Brief (ECF No. 16) is **GRANTED**. It is **FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** as follows:

1. Plaintiff's negligence claim (Count III) is **DISMISSED without prejudice with leave to amend.**

2. Plaintiff's strict liability claims (Counts I and II) are **DISMISSED with prejudice.**

3. Plaintiff's abandoned claims (Counts IV-XIII) are **DISMISSED with prejudice.**

It is **FURTHER ORDERED** that Plaintiff may file an amended complaint by **July 25, 2019.** Defendant may file a responsive pleading **by August 8, 2019.**

It is **FURTHER ORDERED** that the following controlling question of law is hereby **CERTIFIED** to the United States Court

of Appeals for the Third Circuit for interlocutory appeal: does Pennsylvania law recognize a strict liability claim for a manufacturing defect of a prescription medical device?

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*